# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Cesar Adalberto Maldonado-Arredondo  *Principal*
YOB: 1993  Mexico

United States District Court
Southern District of Texas
**FILED**
MAR 06 2018
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:
M-18-493-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 5, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Cristhian Alberto Lagos-Venegas, a citizen of Honduras, and Adrian Cruz-Lorenzo, a citizen of Mexico, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Alton, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On February 22, 2018, Border Patrol Agents received information regarding a house used to harbor undocumented aliens located near Alton, Texas.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Approved by David A. Lindenmuth
3/6/18

Sworn to before me and subscribed in my presence,

Signature of Complainant
Julio C. Peña     Senior Patrol Agent
Printed Name of Complainant

March 6, 2018                                    at   McAllen, Texas
Date                                                  City and State

J Scott Hacker               , U. S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-493-M

RE:    Cesar Adalberto Maldonado-Arredondo

**CONTINUATION:**

On March 5, 2018, agents conducted surveillance on the suspected stash house and observed a white sedan arrive to the location. As the driver, later identified as Cesar Adalberto Maldonado-Arredondo, exited the vehicle, agents approached him and identified themselves as Border Patrol Agents. Immediately after that, a passenger of the vehicle exited and absconded into the brush. At this time, agents questioned Maldonado as to his suspected involvement in human smuggling to which he freely stated he relocated the aliens to a nearby house. An immigration inspection was conducted on Maldonado and he was determined to be illegally present in the United States. Maldonado was read his Miranda Rights, he understood and agreed to provide a statement. Maldonado further admitted to harboring six aliens at the stash house located in 302 N. Linares St. near Alton, Texas and provided agents with consent to search his house.

As agents arrived at the suspected stash house, several subjects were observed exiting the house and running towards a field. Agents managed to apprehend three subjects who were later determined to be illegally present in the United States.

Agents proceeded back to the suspected stash house but before they could make entry, agents observed additional subjects exiting the house and running to the neighboring property. After a search of the area, agents managed to apprehend three subjects who were determined to be illegally present in the United States. A search of the stash house found no additional subjects. A total of six undocumented aliens were placed under arrest and transported, along with Maldonado, to the Centralized Processing Station.

**PRINCIPAL STATEMENT:**
Cesar Adalberto Maldonado-Arredondo was read his Miranda Rights. He understood his rights and agreed to provide a sworn statement without the presence of an attorney.

Maldonado stated he was hired by an unknown smuggler to harbor undocumented aliens and was to receive $100 USD per person. Maldonado indicated he moves the aliens from house to house every month and provides food to them. Lastly, Maldonado also stated he picks up aliens and transports them to his house.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 493 -M

RE:   Cesar Adalberto Maldonado-Arredondo   A206 886 215

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENT:**
Cristhian Alberto Lagos-Venegas and Adrian Cruz-Lorenzo were read their Miranda Rights. Both understood their rights and provided a sworn statement without the presence of an attorney.

LAGOS, a citizen of Honduras, stated a friend made his smuggling arrangements and was to pay $6,000 (USD). Once in the United States, LAGOS stated he was eventually transported by a male subject in a white sedan to the house where he was later arrested. LAGOS claimed the driver of the sedan was also the caretaker of the house. LAGOS indicated the caretaker would feed them and instructed them not go outside.

LAGOS identified MALDONADO, through a photo lineup, as the male subject who transported him to the house and as the caretaker.

CRUZ, a citizen of Mexico, stated his father made his smuggling arrangements and was to pay $2,500 (USD). CRUZ indicated he made his illegal entry into the United States along with several other individuals. Once in the United States, CRUZ stated he was eventually transported by a male subject in a white two-door sedan to the house where he was later arrested. At the house, CRUZ claimed the driver of the sedan instructed them not to go outside and provided food.

CRUZ identified MALDONADO, through a photo lineup, as the person who transported him to the house and as the caretaker.